[No. 41904-1-II.   Division Two.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS R. STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00304-4, S. Brooke Taylor, J., entered March 16, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42185-2-II.   Division Two.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE DALE WHITCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02856-9, Bryan E. Chushcoff, J., entered May 5, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 42215-8-II.   Division Two.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR CHARLES SETH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00895-1, Roger A. Bennett, J., entered June 8, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42351-1-II.   Division Two.   March 12, 2013.]

*In the Matter of the Marriage of* CARY R. CARUGHI, *Appellant*, and JOHN G. CARUGHI, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-3-02822-0, Scott A. Collier, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Hunt, J.